```
2254 ____  1983 ✓
FILING FEE PAID
Yes ____   No ✓
IFP MOTION FILED
Yes ✓    No ____
COPIES SENT TO
Court ____  ProSe ✓
```

```
FILED
DEC 2 ? 2006
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE Southern DISTRICT OF CALIFORNIA

Jason David Yonai C.D.C # T-41526
(Name of Plaintiff)

S.V.S.P P.O. BOX 1050 Soledad,
(Address of Plaintiff)
CA. 93960-1050  D-1 209 Low

'06 CV 2767   BEN BLM
(Case Number)

vs.

Jimmy Lovine, Interscope Records, Marshall Matthers the third, Shady Records, Andre Young, Aftermath Entertainment, et al.,

(Names of Defendants)

COMPLAINT

I. Previous Lawsuits:

   A. Have you brought any other lawsuits while a prisoner: ☑ Yes  ☐ No

   B. If your answer to A is yes, how many?: around 10  Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff  Jason David Yonai C.D.C # T-41526

         Defendants C.D.C employees, California Court officials, C.Y.A employees, et al.,

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983            Rev'd 5/99



2. Court (if Federal Court, give name of District; if State Court, give name of County)
   Eastern and Northern District of the U.S.D.C

3. Docket Number C06-2119, C06-1587, C06-1967, 2:03-cv-1493 [illegible] 2:03-cv-1331, 2:03-cv-1952 2:06-cv-506, 2:06-cv-476, 2:06-cv-2486, 2:06-cv-2487

4. Name of judge to whom case was assigned  Dale A. Drozd, Phyliss J. Hamilton

5. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)
   Dismissed and still pending

6. Approximate date of filing lawsuit  N/A

7. Approximate date of disposition  N/A  9-6-06

II. Exhaustion of Administrative Remedies

   A. Is there a grievance procedure available at your institution?   ☒ Yes   ☐ No

   B. Have you filed a grievance concerning the facts relating to this complaint?
                                                                       ☐ Yes   ☒ No
      If your answer is no, explain why not  because I'm complaining about a institutional issue that took place in C.D.C

   C. Is the grievance process completed?                              ☐ Yes   ☒ No

III. Defendants

   (In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item B for the names, positions and places of employment of any additional defendants.)

   A. Defendant  Jimmy Lovine  is employed as  Interscope Records owner  at  Interscope Records

   B. Additional defendants  Marshal Matthers the third also known as Slim Shady is employed as a rapper at Shady Records / Interscope Records, Andre Young also known as the famous rapper and producer employed as Aftermath Entertainment owner at Aftermath Entertainment, Jason Taylor also known as the Compton CA. gangster rapper the Game is employed at Black wall street Entertainment, Curtis Jackson is also known as the famous New York rapper 50 Cent and is employed at G-Unit Records in the U.S.A, et al.,

IV.   Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.) The Defendants violated my Constututional Amendments 1, 14, 5, etc. by stealing and using the melody and beats from my songs depriving me of life, liberty, freedom ~~speech~~ of speech and press, property, without due process of the law and denied me equal protection of the law, and illegally making profit off of my songs called "Streetlife" "Az you look into my eyez" "Mass Murderers". I made my song "Streetlife" in N.C.F Chaderjian California Youth Authority in Kern Hall around November 2001 and the Defendant Marshal Matthers the third A.K.A Slim Shady used my melody and beat to my song "Streetlife" for his song "Lose Yourself" off of the 8 mile soundtrack and movie and made multi millions of dollars as well as defendant Jimmy Lovine the owner of Interscope Records, et al., also the defendant Marshal Matthers the third also stole my melody and beat

V.   Relief.

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.) I want 15 billion dollars in ~~money~~ Monetary damages and compensatory damages, from the Defendants to be paid in full to me the plaintiff. I also want the copyrights to Lose Yourself, Soldier, and Westside Story from the Defendants, etc.

Signed this 17 day of December, 2006.

In Re Pro Se    C.D.C # T-41526

Jason David Yonai
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

In Re Pro Se    C.D.C # T-41526

12-17-06
(Date)

Jason David Yonai
(Signature of Plaintiff)

IV. Statement of Claim continued... from my song called "Mass Murderers" that I made in Mule Creek State Prison in Ad-segregation Unit C-12 cell number 245 around August 2002 and the Defendant Marshal Matthers the third used my melody and beat for his song called "Soldier" off of the M and M show which is number 7 to make multi-millions of dollars as well as Jimmy Lovine the owner of Interscope Records and I think also Defendant Andre Young also Known as Dr. Dre made money off of my Songs "StreetLife" and "Mass Murderers" Also Curtis Jackson A.K.A 50 Cent, Jason Taylor A.K.A The Game, and Andre Young A.K.A Dr. Dre, and Jimmy Lovine, etc. used my melody and beat without my permission from my song "Az you look into my eyez" I made this song in or around June 2004 in unit I-3 A.S.U in Vacaville C.M.F and the Defendants Curtis Jackson and Jason Taylor used my melody and beat to make there song "Westside Story" off of the album the Document which was produced by the Defendant Andre Young A.K.A Dr. Dre of Compton CA. for Aftermath Entertainment which is a subsidery under the Defendant Jimmy Lovine's company Interscope Records and they made meaning the Defendants listed up above made profit off of my song "Az you look into my eyez" without my permission thus causing me great mental, emotional, civil, monetary, damages, by doing all of the above and violating my civil rights and state rights listed in this "Statement of Claim" listed up above

S.V.S.P P.O. Box 1050 Soledad, CA. 93960-1050 D-1 209 LOW A.S.U
Address

Date 12-17-06

In Re Pro se
Jason Yonai
X _Jason Yonai_ C.D.C #T-41526
Plaintiff signature

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

**FILED**
**DEC 2 2 2006**
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**

Jason David Yonai

**DEFENDANTS**

Jimmy Iovine, et al.

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** Monterey
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT** _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
Jason David Yonai CDC# T-41526
D-1 209 Low
SVSP PO Box 1050
Soledad, CA 93960-1050

**ATTORNEYS (IF KNOWN)**

'06 CV 2767   BEN BLM

**II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)**

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)**
(For Diversity Cases Only)

|  | PT | DEF |  | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

### 42 U.S.C. 1983

**V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)**

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury- Medical Malpractice | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 315 Airplane Product Liability | | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC881 | PROPERTY RIGHTS | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | PERSONAL PROPERTY | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | SOCIAL SECURITY | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 690 Other | ☐ 861 HIA (13958) | ☐ 850 Securities/Commodities Exchange |
| ☐ 160 Stockholders Suits | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | LABOR | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC |
| ☐ Other Contract | | | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 740 Railway Labor Act | FEDERAL TAX SUITS | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ 791 Empl. Ret. Inc. | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ Security Act | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☒ 550 Civil Rights | | | |

**VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)**

☒ 1 Original Proceeding   ☐ 2 Removal from State Court   ☐ 3 Remanded from Appelate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ 6 Multidistrict Litigation   ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23

**DEMAND $**

Check YES only if demanded in complaint:
**JURY DEMAND:** ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions):   JUDGE _____   Docket Number _____

DATE 12/22/06

SIGNATURE OF ATTORNEY OF RECORD
PDC