AO 450 Judgment in a Civil Case

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Jason David Yonai

**V.**

Jimmy Lavine, et al

**JUDGMENT IN A CIVIL CASE**

**CASE NUMBER:**   06cv2767 BEN(BLM)

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

the Court denies Motion for Leave to Proceed in Forma Pauperis as barred by 28USC1915(g) and dismissing case without prejudice for failure to pay the full $350 civil filing fee required by 28USC1914(a)

.............................................................................................................................................................................

| February 26, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

S/J. Hathaway

(By) Deputy Clerk

ENTERED ON February 26, 2007